**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: GLASS ONION CAFE, INC.  §  Case No. 06-01145 | |
| 64, CAFE  § | |
| § | |
| Debtor(s)  § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 09, 2006. The undersigned trustee was appointed on February 09, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $       103,935.38

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 28,966.58 |
| Administrative expenses | 41,511.83 |
| Bank service fees | 1,342.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 32,114.61 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/11/2006 and the deadline for filing governmental claims was 12/11/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to 11 U.S.C. § 326(a) the maximum compensation allowable to the trustee is $8,446.77. To the extent that additional monies are earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,446.77, for a total compensation of $8,446.77.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/31/2013            By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Case Number: 06-01145
Case Name: GLASS ONION CAFE, INC.
64, CAFE
Period Ending: 05/31/13

Trustee: (330290) ILENE F. GOLDSTEIN
Filed (f) or Converted (c): 02/09/06 (f)
§341(a) Meeting Date: 04/06/06
Claims Bar Date: 12/11/06

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1   STOCK AND BUSINESS INTERESTS | 210,000.00 | 0.00 | | 0.00 | FA |
| 2   ACCOUNTS RECEIVABLE (u) THE TRUSTEE BELIEVES THAT THE DEBTOR IMPROPERLY SCHEDULED THIS ASSET AS AN INTEREST IN STOCK. IT IS ACTUALLY AN ACCOUNT RECEIVABLE. | 210,000.00 | 210,000.00 | | 103,800.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 135.38 | Unknown |
| 3   Assets    Totals (Excluding unknown values) | $420,000.00 | $210,000.00 | | $103,935.38 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee was in the process of collecting an account receivable for the sale of a restaurant. The Trustee hired special Counsel to help her obtain certain sale proceeds which were subject to competing lien interests. Special Counsel to the Trustee settled out various lien interests and the Trustee ultimately collected and settled out the account receivable.

This case is a corporate case required tax returns for several years. In order for my accountant to prepare the tax returns the last available tax returns prior to bankruptcy were required. The Trustee attempted to get these tax returns through the Debtor who was non-responsive. Ultimately the Trustee succeeded in obtaining the necessary tax returns from the IRS. The Trustee has received the okay from the IRS on the tax returns.

In closing the case the Trustee became aware that there may be two other purported secured creditors that Special Counsel did not resolve. She is currently negotiating with those creditors in hopes to have that resolved by mid February to early March. At that point all of the other matters have been resolved to close the case.

This case should be closed by June 30, 2013.

Initial Projected Date Of Final Report (TFR):     December 31, 2009          Current Projected Date Of Final Report (TFR):     June 30, 2013

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-01145 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GLASS ONION CAFE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | 64, CAFE | | Account: | \*\*\*-\*\*\*\*\*86-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*0283 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/31/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/07 | {2} | Michael | Account Receivable | 1229-000 | 3,700.00 | | 3,700.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.58 | | 3,701.58 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.69 | | 3,703.27 |
| 02/07/08 | {2} | FFMM DBA Michael | FUNDS RECEIVED FROM SALE OF ASSETS | 1229-000 | 3,700.00 | | 7,403.27 |
| 02/12/08 | {2} | Lawyers Trust Account | Sale of personal property | 1229-000 | 62,900.00 | | 70,303.27 |
| 02/12/08 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-01145, Bond payment | 2300-000 | | 3.16 | 70,300.11 |
| 02/28/08 | {2} | FFMM | Sale of personal property | 1229-000 | 3,700.00 | | 74,000.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.65 | | 74,008.76 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.74 | | 74,022.50 |
| 04/24/08 | {2} | FFMMM INc dba Michael | Sale of Assets | 1229-000 | 3,700.00 | | 77,722.50 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.42 | | 77,732.92 |
| 05/22/08 | {2} | FFMMM Inc DBA Michael | Sale of personal property | 1229-000 | 3,700.00 | | 81,432.92 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.85 | | 81,442.77 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.35 | | 81,453.12 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.35 | | 81,463.47 |
| 08/05/08 | {2} | FFMMM DBA MICHAEL | Sale of personal property | 1229-000 | 3,700.00 | | 85,163.47 |
| 08/27/08 | {2} | FFMMM Inc DBA Michael | Sale of personal property | 1229-000 | 3,700.00 | | 88,863.47 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.05 | | 88,873.52 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.66 | | 88,885.18 |
| 10/23/08 | 1002 | ILLINOIS DEPARTMENT OF REVENUE | Release of stop order on prepetition sale of assets | 4800-000 | | 25,202.19 | 63,682.99 |
| 10/23/08 | 1003 | Testa Produce | Payment of citation lien | 4220-000 | | 3,764.39 | 59,918.60 |
| 10/29/08 | | To Account #\*\*\*\*\*\*\*\*8666 | TRANSFER FROM INVESTMENT | 9999-000 | | 17,500.00 | 42,418.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.57 | | 42,428.17 |
| 11/18/08 | | To Account #\*\*\*\*\*\*\*\*8666 | Transfer of Funds | 9999-000 | | 5,000.00 | 37,428.17 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.61 | | 37,431.78 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.65 | | 37,434.43 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 37,435.95 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 37,437.37 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 37,438.99 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 37,440.51 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 37,441.98 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 37,443.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 37,445.17 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 37,446.74 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 37,448.26 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 37,449.78 |

Subtotals :  $88,919.52   $51,469.74

{} Asset reference(s)

Printed: 05/31/2013 01:30 PM    V.13.13

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-01145 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GLASS ONION CAFE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | 64, CAFE | | Account: | ***-*****86-65 - Money Market Account |
| Taxpayer ID #: | **-***0283 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/31/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 37,451.35 |
| 12/30/09 | 1004 | Gould & Ratner | FEES | 3210-600 | | 16,362.50 | 21,088.85 |
| 12/30/09 | 1005 | Gould & Ratner | EXPENSES | 3220-610 | | 549.95 | 20,538.90 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 20,540.45 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,541.26 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 20,542.04 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 20,542.96 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.53 | | 20,543.49 |
| 04/20/10 | | Wire out to BNYM account 9200******8665 | Wire out to BNYM account 9200******8665 | 9999-000 | -20,543.49 | | 0.00 |
| | | | ACCOUNT TOTALS | | 68,382.19 | 68,382.19 | $0.00 |
| | | | Less: Bank Transfers | | -20,543.49 | 22,500.00 | |
| | | | Subtotal | | 88,925.68 | 45,882.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $88,925.68 | $45,882.19 | |

{} Asset reference(s)                       Printed: 05/31/2013 01:30 PM     V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-01145 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GLASS ONION CAFE, INC. 64, CAFE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****86-66 - Checking Account |
| Taxpayer ID #: | **-***0283 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/31/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/08 | | From Account #********8665 | TRANSFER FROM INVESTMENT | 9999-000 | 17,500.00 | | 17,500.00 |
| 10/30/08 | 101 | Gould & Ratner | Fees | 3210-600 | | 15,369.25 | 2,130.75 |
| 10/30/08 | 102 | Gould & Ratner | Expenses | 3220-610 | | 1,846.65 | 284.10 |
| 11/18/08 | | From Account #********8665 | Transfer of Funds | 9999-000 | 5,000.00 | | 5,284.10 |
| 11/18/08 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Fees | 3110-000 | | 4,702.50 | 581.60 |
| 11/18/08 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Expenses | 3120-000 | | 395.00 | 186.60 |
| 03/04/09 | 105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-01145 | 2300-000 | | 32.87 | 153.73 |
| 02/19/10 | 106 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-01145 | 2300-000 | | 16.56 | 137.17 |
| 04/20/10 | | Wire out to BNYM account 9200******8666 | Wire out to BNYM account 9200******8666 | 9999-000 | -137.17 | | 0.00 |
| | | | ACCOUNT TOTALS | | 22,362.83 | 22,362.83 | $0.00 |
| | | | Less: Bank Transfers | | 22,362.83 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 22,362.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,362.83** | |

{} Asset reference(s)

Printed: 05/31/2013 01:30 PM V.13.13

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-01145 | |
| Case Name: | GLASS ONION CAFE, INC. | |
| | 64, CAFE | |
| Taxpayer ID #: | **-***0283 | |
| Period Ending: | 05/31/13 | |

| | | |
|---|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) | |
| Bank Name: | The Bank of New York Mellon | |
| Account: | 9200-******86-65 - Checking Account | |
| Blanket Bond: | $5,000,000.00  (per case limit) | |
| Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | 9999-000 | 20,543.49 | | 20,543.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 20,543.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,545.14 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 20,546.32 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,547.54 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,548.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,548.92 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,549.09 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,549.25 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,549.42 |
| 01/07/11 | {2} | FFMM Inc | Settlement on remaining purchase price | 1229-000 | 15,000.00 | | 35,549.42 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 35,549.68 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 35,549.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,550.25 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,550.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,550.84 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,551.13 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,551.43 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,551.73 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.79 | 35,468.94 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -57.79 | 35,526.73 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,527.02 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.97 | 35,454.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,454.35 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.42 | 35,383.93 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,384.22 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.56 | 35,306.66 |
| 12/08/11 | 11006 | United States Treasury | Taxes | 2810-000 | | 1,068.00 | 34,238.66 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,238.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.37 | 34,167.58 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,167.87 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.69 | 34,093.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.53 | 34,025.65 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.72 | 33,955.93 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.25 | 33,888.68 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.39 | 33,812.29 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.97 | 33,745.32 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.76 | 33,671.56 |

Subtotals :   $35,553.19   $1,881.63

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 05/31/2013 01:30 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-01145 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | GLASS ONION CAFE, INC. | Bank Name: | The Bank of New York Mellon |
| | 64, CAFE | Account: | 9200-******86-65 - Checking Account |
| Taxpayer ID #: | **-***0283 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/31/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.29 | 33,600.27 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.26 | 33,536.01 |
| 10/29/12 | 11007 | United States Treasury | INCOME TAX | 2810-000 | | 1,068.00 | 32,468.01 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.59 | 32,392.42 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.52 | 32,325.90 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.03 | 32,261.87 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 32,261.87 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 35,553.19 | 35,553.19 | $0.00 |
| | Less: Bank Transfers | 20,543.49 | 32,261.87 | |
| | Subtotal | 15,009.70 | 3,291.32 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $15,009.70 | $3,291.32 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-01145 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GLASS ONION CAFE, INC. | | Bank Name: | The Bank of New York Mellon |
| | 64, CAFE | | Account: | 9200-******86-66 - Checking Account |
| Taxpayer ID #: | **-***0283 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/31/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8666 | Wire in from JPMorgan Chase Bank, N.A. account ********8666 | 9999-000 | 137.17 | | 137.17 |
| 02/04/11 | 10107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #06-01145, Bond Premiums | 2300-000 | | 35.57 | 101.60 |
| 02/15/12 | 10108 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #06-01145, 2012-2013 Bond Premium | 2300-000 | | 32.46 | 69.14 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 69.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 137.17 | 137.17 | $0.00 |
| | | | Less: Bank Transfers | | 137.17 | 69.14 | |
| | | | **Subtotal** | | **0.00** | **68.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$68.03** | |

{} Asset reference(s)

Printed: 05/31/2013 01:30 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 06-01145 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GLASS ONION CAFE, INC. | | Bank Name: | Rabobank, N.A. |
| | 64, CAFE | | Account: | ****765165 - Checking Account |
| Taxpayer ID #: | **-***0283 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/31/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,261.87 | | 32,261.87 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.59 | 32,212.28 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.33 | 32,168.95 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.78 | 32,124.17 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.34 | 32,074.83 |
| | | | ACCOUNT TOTALS | | 32,261.87 | 187.04 | $32,074.83 |
| | | | Less: Bank Transfers | | 32,261.87 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 187.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$187.04** | |

{} Asset reference(s)

Printed: 05/31/2013 01:30 PM  V.13.13

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 06-01145 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GLASS ONION CAFE, INC. | | Bank Name: | Rabobank, N.A. |
| | 64, CAFE | | Account: | ****765166 - Checking Account |
| Taxpayer ID #: | **-***0283 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/31/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 69.14 | | 69.14 |
| 02/26/13 | 20109 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #06-01145, Bond Number 016026455 | 2300-000 | | 29.36 | 39.78 |
| | | | ACCOUNT TOTALS | | 69.14 | 29.36 | $39.78 |
| | | | Less: Bank Transfers | | 69.14 | 0.00 | |
| | | | Subtotal | | 0.00 | 29.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $29.36 | |

```
Net Receipts :      103,935.38
                   _____
Net Estate :       $103,935.38
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****86-65 | 88,925.68 | 45,882.19 | 0.00 |
| Checking # ***-*****86-66 | 0.00 | 22,362.83 | 0.00 |
| Checking # 9200-******86-65 | 15,009.70 | 3,291.32 | 0.00 |
| Checking # 9200-******86-66 | 0.00 | 68.03 | 0.00 |
| Checking # ****765165 | 0.00 | 187.04 | 32,074.83 |
| Checking # ****765166 | 0.00 | 29.36 | 39.78 |
| | $103,935.38 | $71,820.77 | $32,114.61 |

{} Asset reference(s)                                                                                     Printed: 05/31/2013 01:30 PM    V.13.13

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-01145
Case Name: GLASS ONION CAFE, INC.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 32,114.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 10,590.53 | 10,590.53 | 0.00 | 10,590.53 |

Total to be paid to secured creditors: $ 10,590.53
Remaining balance: $ 21,524.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 8,446.77 | 0.00 | 8,446.77 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 8,050.00 | 4,702.50 | 3,347.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 674.20 | 395.00 | 279.20 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 4,800.00 | 0.00 | 4,800.00 |
| Accountant for Trustee, Expenses - PBG Financial Services Inc | 445.00 | 0.00 | 445.00 |

Total to be paid for chapter 7 administration expenses: $ 17,318.47
Remaining balance: $ 4,205.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,205.61

**UST Form 101-7-TFR (05/1/2011)**

Court, priority claims totaling $164,496.45 to be paid in full and any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 13,432.70 | 0.00 | 343.43 |
| 2P | Illinois Department of Revenue | 12,043.00 | 0.00 | 307.90 |
| 3P | Illinois Department of Revenue | 5,648.00 | 0.00 | 144.40 |
| 12P | Department of the Treasury-Internal Revenue Service | 133,372.75 | 0.00 | 3,409.88 |

Total to be paid for priority claims: $ 4,205.61
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,220.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 2,993.18 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 4,162.00 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 1,322.00 | 0.00 | 0.00 |
| 4 | Barr Management | 45.00 | 0.00 | 0.00 |
| 5 | Aramark Uniform Services | 1,342.92 | 0.00 | 0.00 |
| 6 | MT Foodservice | 594.52 | 0.00 | 0.00 |
| 7 | Sysco Food Service | 4,538.69 | 0.00 | 0.00 |
| 8 | Business Financial Services | 18,079.82 | 0.00 | 0.00 |
| 9 | Quill Corporation | 241.93 | 0.00 | 0.00 |
| 12U | Department of the Treasury-Internal Revenue Service | 55,900.59 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**