**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   GLASS ONION CAFE, INC.           §   Case No. 06-01145
         64, CAFE                         §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Room 710
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held on **06/28/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 05/13/2013      By:    /s/ Ilene F. Goldstein
                                                           Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GLASS ONION CAFE, INC. § Case No. 06-01145
      64, CAFE §
       §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 103,935.38 |
| *and approved disbursements of* | $ 71,820.77 |
| *leaving a balance on hand of* [1] | $ 32,114.61 |
| **Balance on hand:** | $ 32,114.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 10,590.53 | 10,590.53 | 0.00 | 10,590.53 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 10,590.53 |
| Remaining balance: | $ 21,524.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 8,446.77 | 0.00 | 8,446.77 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 8,050.00 | 4,702.50 | 3,347.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 674.20 | 395.00 | 279.20 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 4,800.00 | 0.00 | 4,800.00 |
| Accountant for Trustee, Expenses - PBG Financial Services Inc | 445.00 | 0.00 | 445.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 17,318.47 |
| Remaining balance: | $ 4,205.61 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,205.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $164,496.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 13,432.70 | 0.00 | 343.43 |
| 2P | Illinois Department of Revenue | 12,043.00 | 0.00 | 307.90 |
| 3P | Illinois Department of Revenue | 5,648.00 | 0.00 | 144.40 |
| 12P | Department of the Treasury-Internal Revenue Service | 133,372.75 | 0.00 | 3,409.88 |

Total to be paid for priority claims: $ 4,205.61
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,220.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 2,993.18 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 4,162.00 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 1,322.00 | 0.00 | 0.00 |
| 4 | Barr Management | 45.00 | 0.00 | 0.00 |
| 5 | Aramark Uniform Services | 1,342.92 | 0.00 | 0.00 |
| 6 | MT Foodservice | 594.52 | 0.00 | 0.00 |
| 7 | Sysco Food Service | 4,538.69 | 0.00 | 0.00 |
| 8 | Business Financial Services | 18,079.82 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12U | Department of the Treasury-Internal Revenue Service | 55,900.59 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 06-01145-ABG
Glass Onion Cafe, Inc.                                                Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: csimmons              Page 1 of 3              Date Rcvd: Jun 03, 2013
                               Form ID: pdf006             Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2013.
```
db          +Glass Onion Cafe, Inc.,    64 Greenbay Rd,    Winnetka, IL 60093-4006
aty         +Christopher Horvay,    Gould & Ratner,    222 N. LaSalle Street,    Suite 800,
              Chicago, IL 60601-1086
10592103    +24x7 Hospitality Technology, LLC,    2400 E. Main Street,    St. Charles, IL 60174-2415
10592105     ADT,    PO Box 650485,    Dallas, TX 75265-0485
10592104     Access Receivables Management,    PO Box 9801,    Towson, MD 21284-9801
10592107     Advanta Customer Service,    PO BOX 30715,    Salt Lake City, UT 84130-0715
10592108    +American Express,    40 Wall Street,    New York, NY 10005-1304
10592110     American Express Travel Related Svcs Co,    c/o Becket and Lee LLP,    Malvern, PA 19355-0701
10592112    +American Recovery Services Inc.,    PO Box 1025,    Thousand Oaks, CA 91358-0025
10592113    +Anderson Pest Control,    219 w. Diversey Ave,    Elmhurst, IL 60126-1103
10592114    +Aramark Uniform Services,    3795 North WIlke Rd,    Arlington Heights, IL 60004-1274
10592115     Associate Area Counsel, SB/SE,    Internal Revenue Service #2300,    200 W. Adams,
              Chicago, IL 60606-5208
10592116     Bank One,    PO Box 26180,    Baton Rouge, LA 70826-0181
10592117     Bank One a Division of,    JP Morgan Chase NA,    PO Box 3330,    Olathe, KS 66063-3330
10592118    +Barr Management,    6408 N western Ave,    Chicago, IL 60645-5422
10592119     Biehl & Biehl, Inc,    PO Box 66415,    Chicago, IL 60666-0415
10592122    +Capital One,    1957 Westmoreland Rd,    Richmond, VA 23276-0001
10592124     Chase,    Po Box 711210,    Columbus, OH 43218
10592127    +Chicago Backflow, Inc,    12607 S. Laramie Ave,    Alsip, IL 60803-3225
10592128     Citi Business Platinum Select Card,    PO Box 45205,    Jacksonville, FL 32232-5205
10592129     Citi Corp,    PO Box 45205,    Jacksoville, FL 32232-5205
10592130    +Clipper Magazine, Inc,    3708 Hempland Rd,    Mountville, PA 17554-1542
10592131    +Coca-Cola Enterprises,    750 Chestnut Ave,    Park City, IL 60085-6808
10592132    +Cybeota Plus,    747 Lake Cook Rd,    Suite 104W,    Deerfiedl, IL 60015-4942
10592133    +D&B RMS,    4836 Brecksville Rd,    PO Box 523,    Richfield, OH 44286-0523
10592134    +Devon Clark C.E. Inc.,    6301 N. Clark Street,    Chicago, IL 60660-1203
10592135    +Distinctive Wines & Spirits,    2701 S. Western Ave,    Chicago, IL 60608-5219
11701918     E.D. Kondelis LLC,    C/O: Lord Bissell & Brook,    11 South Wacker Dr,    Chicago, IL 60606
10592136     Encore Receivable management Inc,    PO Box 3330,    Olathe, KS 66063-3330
10592138    +George Samartzis,    c/o William Bazianos,    750 Lake Cook Road, Suite 350,
              Buffalo Grove, IL 60089-2088
10592139     HSI Computer,    Legal Department,    7031 Columbia Drive,    Columbia, MD 21046
10916165    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,     Bankruptcy Section,
              100 West Randolph Street   Level 7-425,    Chicago, Illinois   60601)
10724132    +Illinois Department of Employment Security,    Attorney General Section 7th Floor,
              33 S State Street,    Chicago, IL 60603-2808
10592141     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10592140     Illinois Dept of Employment Security,    560 East Indian Trail Rd,    Aurora, IL 60505-1733
10592144    +LaSalle Bank,    135 S. LaSalle St,    Chicago, IL 60603-4177
10592145     Law Offices of James A. West,    11111 Harwin Drive,    Houston, TX 77072
10592146    +Law Offices of John J. Ricci,    211 e. Ohio St,    Suite 2217,    Chicago, IL 60611-3254
10592147    +Liturgical Publications-MIL W,    2875 S James St,,    New Berlin, WI 53151-3667
10592152     MBNA,    PO Box 15137,    Wilmington, DE 19886-5137
10592154    +MT Foodservice,    400 N Noble,    Chicago, IL 60642-6697
10592148    +Madison Morgan & Reed,    145 W. Aurora RD,    PO Box 735,    Northfield, OH 44067-2082
10592149    +Marcus Promotions, Inc,    5901 N Cicero St,    Suite 306,    Chicago, IL 60646-5717
10592150    +Master Card / Citi Bank,    PO Box 1990,    Tempe, AZ 85280-1990
10592151     Master Card/ CitiBank,    100 Citibank Drive,    PO Box 769004,    San Antonio, TX 78245-9004
10592156     NCO Financial System Inc,    PO Box 42639,    PHILADELPHIA, PA 19101
10592157    +Nicholas Kondelis,    1532 Basswood Circle,    Glenview, IL 60025-2007
10592158    +Paychex,    4300 Weaver Parkway, Suite 100,    Warrenvilee, IL 60555-3920
10592159     Peoples Energy,    PO Box 0,    Chicago, IL 60690-3991
10592160     Princeton Insurance,    746 Alexander Road,,    Princeton, NJ 08540-6305
10592161    +Quill Corporation,    Legal Department,    PO Box 94081,    Palatine, IL 60094-4081
10592162    +Rossi Distributors Inc,    1269 W. Le Moyne,    2nd Floor,    Chicago , IL 60642-2438
10592164     SBC Yellow Pages,    8519 Innovation Way,    Chicago, IL 60682-0085
10592165    +Services Insurance Agency,    Legal Department,    6850 catabwa Lane,    Richmond, VA 23226-2900
10592166    +Sta-kleen, Inc,    803 West Estes Ave,    Schaumburg, IL 60193-4477
10592167    +Stein & Rotman,    105 W. Madison,    Suite 600,    Chicago, IL 60602-4672
10592168    +Supreme Lobster,    220 East North Ave,    Villa Park, IL 60181-1207
10592169    +Sysco Food Service,    250 Wiebolalt Drive,    Des Plaines, IL 60016-3192
10592170    +Talk America,    Legal Department,    2704 Alt 19,    Palm Harbor, FL 34683-2639
11024444    +Testa Produce, Inc.,    c/o David J. Axelrod & Associates,    1448 Old Skokie Road,
              Highland Park, IL 60035-3040
10592172    +US Food Services,    80 International Dr,    Greenville, SC 29615-6941
10592173    +Village of Winnetka,    510 Green Bay Rd,    Winnetka, IL 60093-2563
10592174    +Zepole Supply Co.,    506 E. North Frontage Rd,    Bolingbrook, IL 60440-3061
```

```
District/off: 0752-1           User: csimmons             Page 2 of 3                   Date Rcvd: Jun 03, 2013
                               Form ID: pdf006            Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10592106      +E-mail/Text: rklepak@capitalaccessnetwork.com Jun 04 2013 02:07:54     Advanceme, Inc.,
               2 Overhill Road,    Suite 410,    Scarsdale, NY 10583-5326
10592120      +E-mail/Text: updates@brennanclark.com Jun 04 2013 03:35:29      Brennan & Clark Ltd,
               721 E. Madison,    Suite 200,    Villa Park, IL 60181-3083
10592121      +E-mail/Text: bankruptcy@businessfinancialservices.com Jun 04 2013 03:08:41
               Business Financial Services,     3111 N University Dr., Ste 800,    Coral Springs,FL 33065-5099
10592137      +E-mail/Text: CollectionsDept@figfcu.org Jun 04 2013 02:09:19      Farmers' Insurance,
               2245 Sequoia Drive,    Aurora, IL 60506-6210
10592142       E-mail/Text: cio.bncmail@irs.gov Jun 04 2013 01:53:18
               Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
               P O Box 21126,    Philadelphia, PA 19114
10592153      +E-mail/Text: bknotices@mbandw.com Jun 04 2013 03:33:55      McCarthy , Burgess & Wolf,
               26000 Cannon Rd,    Cleveland, OH 44146-1807
10592163       E-mail/Text: g17768@att.com Jun 04 2013 02:09:13     SBC,    Bill payment Center,
               Saginan, MI 48663-0003
10592171       E-mail/Text: bnc@ursi.com Jun 04 2013 02:09:33     United Recovery Systems,    PO Box 722929,
               Houston, TX 77272-2929
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10592109*     +American Express,    40 Wall Street,    New York, NY 10005-1304
10592111*     +American Express Co,    40 Wall Street,    New York, NY 10005-1304
10592123*     +Capital One,    1957 Westmoreland Rd,    Richmond, VA 23276-0001
10592125*      Chase,   Po Box 711210,    Columbus, OH 43218
10592143*    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10592126     ##+Chicago Area Security,    1734 E. Oakton Street,    DesPlaines, IL 60018-2110
10592155     ##+National Translink Corp,    One Tower Lane,   Suite 1900,,    Villa Park, IL 60181-4665
                                                                                   TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: csimmons             Page 3 of 3                  Date Rcvd: Jun 03, 2013
                              Form ID: pdf006            Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2013 at the address(es) listed below:

        Christopher J. Horvay    on behalf of Trustee Ilene F Goldstein, ESQ chorvay@SugarFGH.com,
         mmelickian@sugarfgh.com;chorvay@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com

        Christopher J. Horvay    on behalf of Plaintiff Ilene F. Goldstein chorvay@SugarFGH.com,
         mmelickian@sugarfgh.com;chorvay@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com

        David P Leibowitz, ESQ    on behalf of Debtor   Glass Onion Cafe, Inc. dleibowitz@lakelaw.com,
         czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com

        Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,   il35@ecfcbis.com

        Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
         IL35@ecfcbis.com

        Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com

        Ilene F Goldstein, ESQ    on behalf of Accountant Kathleen  Morgan ifgcourt@aol.com,
         IL35@ecfcbis.com

        Joseph P Bonavita    on behalf of Plaintiff Ilene F. Goldstein jbonavita@gouldratner.com,
         mhuerta@gouldratner.com

        Mark E Leipold    on behalf of Trustee Ilene F Goldstein, ESQ mleipold@gouldratner.com,
         stamssot@gouldratner.com;hmartinez@gouldratner.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Timothy W Brink    on behalf of Interested Party   E.D. Kondelis LLC timothy.brink@dlapiper.com,
         docketingchicago@dlapiper.com;william.guthrie@dlapiper.com

        Travis Rojakovick    on behalf of Interested Party   E.D. Kondelis LLC trojakovick@mayerbrown.com

        William P White    on behalf of Defendant Michael G. Lachowicz julied@wpwltd.com,
         robertr@wpwltd.com

        William P White    on behalf of Defendant   FFMM, Inc. julied@wpwltd.com,   robertr@wpwltd.com

                                                                                                     TOTAL: 14