# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: GLASS ONION CAFE, INC. | § | Case No. 06-01145 |
| 64, CAFE | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $210,000.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $43,762.72 | Claims Discharged Without Payment: $89,220.65 |
| Total Expenses of Administration: $60,172.66 | |

3)  Total gross receipts of $      103,935.38    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00    (see **Exhibit 2**), yielded net receipts of $103,935.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $39,557.11 | $39,557.11 | $39,557.11 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 60,172.66 | 60,172.66 | 60,172.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 164,496.45 | 164,496.45 | 4,205.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 89,220.65 | 89,220.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $353,446.87 | $353,446.87 | $103,935.38 |

4) This case was originally filed under Chapter 7 on February 09, 2006. The case was pending for 91 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2013_____    By:\_/s/ILENE F. GOLDSTEIN_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1229-000 | 103,800.00 |
| Interest Income | 1270-000 | 135.38 |
| **TOTAL GROSS RECEIPTS** | | **$103,935.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 4110-000 | N/A | 10,590.53 | 10,590.53 | 10,590.53 |
| | ILLINOIS DEPARTMENT OF REVENUE | 4800-000 | N/A | 25,202.19 | 25,202.19 | 25,202.19 |
| | Testa Produce | 4220-000 | N/A | 3,764.39 | 3,764.39 | 3,764.39 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$39,557.11** | **$39,557.11** | **$39,557.11** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 8,446.77 | 8,446.77 | 8,446.77 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 8,050.00 | 8,050.00 | 8,050.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 674.20 | 674.20 | 674.20 |
| Gould & Ratner | 3210-600 | N/A | 31,731.75 | 31,731.75 | 31,731.75 |
| Gould & Ratner | 3220-610 | N/A | 2,396.60 | 2,396.60 | 2,396.60 |
| PBG Financial Services Inc | 3410-000 | N/A | 4,800.00 | 4,800.00 | 4,800.00 |
| PBG Financial Services Inc | 3420-000 | N/A | 445.00 | 445.00 | 445.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 3.16 | 3.16 | 3.16 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 32.87 | 32.87 | 32.87 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 16.56 | 16.56 | 16.56 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 35.57 | 35.57 | 35.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.97 | 72.97 | 72.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 70.42 | 70.42 | 70.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.56 | 77.56 | 77.56 |
| United States Treasury | 2810-000 | N/A | 1,068.00 | 1,068.00 | 1,068.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.37 | 71.37 | 71.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.69 | 74.69 | 74.69 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 32.46 | 32.46 | 32.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 67.53 | 67.53 | 67.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.72 | 69.72 | 69.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 67.25 | 67.25 | 67.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.39 | 76.39 | 76.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.97 | 66.97 | 66.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.76 | 73.76 | 73.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.29 | 71.29 | 71.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.26 | 64.26 | 64.26 |
| United States Treasury | 2810-000 | N/A | 1,068.00 | 1,068.00 | 1,068.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.59 | 75.59 | 75.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.52 | 66.52 | 66.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.03 | 64.03 | 64.03 |
| Rabobank, N.A. | 2600-000 | N/A | 49.59 | 49.59 | 49.59 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 29.36 | 29.36 | 29.36 |
| Rabobank, N.A. | 2600-000 | N/A | 43.33 | 43.33 | 43.33 |
| Rabobank, N.A. | 2600-000 | N/A | 44.78 | 44.78 | 44.78 |
| Rabobank, N.A. | 2600-000 | N/A | 49.34 | 49.34 | 49.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $60,172.66 | $60,172.66 | $60,172.66 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | | 13,432.70 | 13,432.70 | 343.43 |
| 2P | Illinois Department of Revenue | 5800-000 | N/A | 12,043.00 | 12,043.00 | 307.90 |
| 3P | Illinois Department of Revenue | 5800-000 | N/A | 5,648.00 | 5,648.00 | 144.40 |
| 12P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 133,372.75 | 133,372.75 | 3,409.88 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $164,496.45 | $164,496.45 | $4,205.61 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 2,993.18 | 2,993.18 | 0.00 |
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 4,162.00 | 4,162.00 | 0.00 |
| 3U | Illinois Department of Revenue | 7100-000 | N/A | 1,322.00 | 1,322.00 | 0.00 |
| 4 | Barr Management | 7100-000 | N/A | 45.00 | 45.00 | 0.00 |
| 5 | Aramark Uniform Services | 7100-000 | N/A | 1,342.92 | 1,342.92 | 0.00 |
| 6 | MT Foodservice | 7100-000 | N/A | 594.52 | 594.52 | 0.00 |
| 7 | Sysco Food Service | 7100-000 | N/A | 4,538.69 | 4,538.69 | 0.00 |
| 8 | Business Financial Services | 7100-000 | N/A | 18,079.82 | 18,079.82 | 0.00 |
| 9 | Quill Corporation | 7100-000 | N/A | 241.93 | 241.93 | 0.00 |
| 10 | SBC Yellow Pages | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 12U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 55,900.59 | 55,900.59 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $89,220.65 | $89,220.65 | $0.00 |
|---|---|---|---|---|

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06-01145 | **Trustee:**     (330290)   ILENE F. GOLDSTEIN |
| **Case Name:**   GLASS ONION CAFE, INC. | **Filed (f) or Converted (c):** 02/09/06 (f) |
| 64, CAFE | **§341(a) Meeting Date:**   04/06/06 |
| **Period Ending:** 08/28/13 | **Claims Bar Date:**   12/11/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | STOCK AND BUSINESS INTERESTS | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE  (u)<br>   THE TRUSTEE BELIEVES THAT THE DEBTOR<br>IMPROPERLY SCHEDULED THIS ASSET AS AN<br>INTEREST IN STOCK.  IT IS ACTUALLY AN<br>ACCOUNT RECEIVABLE. | 210,000.00 | 210,000.00 | | 103,800.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 135.38 | Unknown |
| 3 | **Assets**   **Totals** (Excluding unknown values) | **$420,000.00** | **$210,000.00** | | **$103,935.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  The Trustee was in the process of collecting an account receivable for the sale of a restaurant.  The Trustee hired special Counsel to help her obtain certain sale proceeds which were subject to competing lien interests.  Special Counsel to the Trustee settled out various lien interests and the Trustee ultimately collected and settled out the account receivable.

This case is a corporate case required tax returns for several years.  In order for my accountant to prepare the tax returns the last available tax returns prior to bankruptcy were required.  The Trustee attempted to get these tax returns through the Debtor who was non-responsive.  Ultimately the Trustee succeeded in obtaining the necessary tax returns from the IRS.  The Trustee has received the okay from the IRS on the tax returns.

In closing the case the Trustee became aware that there may be two other purported  secured creditors that Special Counsel did not resolve.  She is currently negotiating with those creditors in hopes to have that resolved by mid February to early March.  At that point all of the other matters have been resolved to close the case.

This case should be closed by June 30, 2013.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2009 | **Current Projected Date Of Final Report (TFR):** | June 30, 2013 |

Printed: 08/28/2013 01:04 PM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-01145 |
| **Case Name:** | GLASS ONION CAFE, INC. |
| | 64, CAFE |
| **Taxpayer ID #:** | **-***0283 |
| **Period Ending:** | 08/28/13 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****86-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/07 | {2} | Michael | Account Receivable | 1229-000 | 3,700.00 | | 3,700.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.58 | | 3,701.58 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.69 | | 3,703.27 |
| 02/07/08 | {2} | FFMM DBA Michael | FUNDS RECEIVED FROM SALE OF ASSETS | 1229-000 | 3,700.00 | | 7,403.27 |
| 02/12/08 | {2} | Lawyers Trust Account | Sale of  personal property | 1229-000 | 62,900.00 | | 70,303.27 |
| 02/12/08 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2007 FOR CASE<br>#06-01145, Bond payment | 2300-000 | | 3.16 | 70,300.11 |
| 02/28/08 | {2} | FFMM | Sale of  personal property | 1229-000 | 3,700.00 | | 74,000.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.65 | | 74,008.76 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.74 | | 74,022.50 |
| 04/24/08 | {2} | FFMMM INc dba Michael | Sale of Assets | 1229-000 | 3,700.00 | | 77,722.50 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.42 | | 77,732.92 |
| 05/22/08 | {2} | FFMMM Inc DBA Michael | Sale of  personal property | 1229-000 | 3,700.00 | | 81,432.92 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.85 | | 81,442.77 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.35 | | 81,453.12 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.35 | | 81,463.47 |
| 08/05/08 | {2} | FFMMM DBA MICHAEL | Sale of  personal property | 1229-000 | 3,700.00 | | 85,163.47 |
| 08/27/08 | {2} | FFMMM Inc DBA Michael | Sale of  personal property | 1229-000 | 3,700.00 | | 88,863.47 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.05 | | 88,873.52 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.66 | | 88,885.18 |
| 10/23/08 | 1002 | ILLINOIS DEPARTMENT OF<br>REVENUE | Release of stop order on prepetition sale of<br>assets | 4800-000 | | 25,202.19 | 63,682.99 |
| 10/23/08 | 1003 | Testa Produce | Payment of citation lien | 4220-000 | | 3,764.39 | 59,918.60 |
| 10/29/08 | | To Account #*******8666 | TRANSFER FROM INVESTMENT | 9999-000 | | 17,500.00 | 42,418.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.57 | | 42,428.17 |
| 11/18/08 | | To Account #*******8666 | Transfer of Funds | 9999-000 | | 5,000.00 | 37,428.17 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.61 | | 37,431.78 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.65 | | 37,434.43 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 37,435.95 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 37,437.37 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 37,438.99 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 37,440.51 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 37,441.98 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 37,443.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 37,445.17 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 37,446.74 |

| | | Subtotals : | $88,916.48 | $51,469.74 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 08/28/2013 01:04 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-01145 | |
| Case Name: | GLASS ONION CAFE, INC. | |
| | 64, CAFE | |
| Taxpayer ID #: | **-***0283 | |
| Period Ending: | 08/28/13 | |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****86-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.52 | | 37,448.26 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.52 | | 37,449.78 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.57 | | 37,451.35 |
| 12/30/09 | 1004 | Gould & Ratner | FEES | 3210-600 | | 16,362.50 | 21,088.85 |
| 12/30/09 | 1005 | Gould & Ratner | EXPENSES | 3220-610 | | 549.95 | 20,538.90 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.55 | | 20,540.45 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.81 | | 20,541.26 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.78 | | 20,542.04 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.92 | | 20,542.96 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.53 | | 20,543.49 |
| 04/20/10 | | Wire out to BNYM account 9200******8665 | Wire out to BNYM account 9200******8665 | 9999-000 | -20,543.49 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 68,382.19 | 68,382.19 | $0.00 |
| Less: Bank Transfers | -20,543.49 | 22,500.00 | |
| Subtotal | 88,925.68 | 45,882.19 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $88,925.68 | $45,882.19 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-01145 |
| **Case Name:** | GLASS ONION CAFE, INC. |
| | 64, CAFE |
| **Taxpayer ID #:** | **-***0283 |
| **Period Ending:** | 08/28/13 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****86-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/08 | | From Account #********8665 | TRANSFER FROM INVESTMENT | 9999-000 | 17,500.00 | | 17,500.00 |
| 10/30/08 | 101 | Gould & Ratner | Fees | 3210-600 | | 15,369.25 | 2,130.75 |
| 10/30/08 | 102 | Gould & Ratner | Expenses | 3220-610 | | 1,846.65 | 284.10 |
| 11/18/08 | | From Account #********8665 | Transfer of Funds | 9999-000 | 5,000.00 | | 5,284.10 |
| 11/18/08 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Fees | 3110-000 | | 4,702.50 | 581.60 |
| 11/18/08 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Expenses | 3120-000 | | 395.00 | 186.60 |
| 03/04/09 | 105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-01145 | 2300-000 | | 32.87 | 153.73 |
| 02/19/10 | 106 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-01145 | 2300-000 | | 16.56 | 137.17 |
| 04/20/10 | | Wire out to BNYM account 9200******8666 | Wire out to BNYM account 9200******8666 | 9999-000 | -137.17 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 22,362.83 | 22,362.83 | **$0.00** |
| Less: Bank Transfers | 22,362.83 | 0.00 | |
| **Subtotal** | **0.00** | **22,362.83** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$22,362.83** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-01145 | |
| **Case Name:** | GLASS ONION CAFE, INC. | |
| | 64, CAFE | |
| **Taxpayer ID #:** | **-***0283 | |
| **Period Ending:** | 08/28/13 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******86-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | 9999-000 | 20,543.49 | | 20,543.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 20,543.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,545.14 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 20,546.32 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,547.54 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,548.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,548.92 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,549.09 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,549.25 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,549.42 |
| 01/07/11 | {2} | FFMM Inc | Settlement on remaining purchase price | 1229-000 | 15,000.00 | | 35,549.42 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 35,549.68 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 35,549.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,550.25 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,550.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,550.84 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,551.13 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,551.43 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,551.73 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.79 | 35,468.94 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -57.79 | 35,526.73 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,527.02 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.97 | 35,454.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,454.35 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.42 | 35,383.93 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,384.22 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.56 | 35,306.66 |
| 12/08/11 | 11006 | United States Treasury | Taxes | 2810-000 | | 1,068.00 | 34,238.66 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,238.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.37 | 34,167.58 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,167.87 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.69 | 34,093.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.53 | 34,025.65 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.72 | 33,955.93 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.25 | 33,888.68 |

| | | | | Subtotals : | $35,553.19 | $1,664.51 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-01145 |
| Case Name: | GLASS ONION CAFE, INC. |
| | 64, CAFE |
| Taxpayer ID #: | **-***0283 |
| Period Ending: | 08/28/13 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******86-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.39 | 33,812.29 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.97 | 33,745.32 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.76 | 33,671.56 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.29 | 33,600.27 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.26 | 33,536.01 |
| 10/29/12 | 11007 | United States Treasury | INCOME TAX | 2810-000 | | 1,068.00 | 32,468.01 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.59 | 32,392.42 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.52 | 32,325.90 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.03 | 32,261.87 |
| 01/24/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033029088<br>20130124 | 9999-000 | | 32,261.87 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 35,553.19 | 35,553.19 | $0.00 |
| Less: Bank Transfers | 20,543.49 | 32,261.87 | |
| Subtotal | 15,009.70 | 3,291.32 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $15,009.70 | $3,291.32 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-01145 |
| **Case Name:** | GLASS ONION CAFE, INC. |
| | 64, CAFE |
| **Taxpayer ID #:** | **-***0283 |
| **Period Ending:** | 08/28/13 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******86-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8666 | Wire in from JPMorgan Chase Bank, N.A. account ********8666 | 9999-000 | 137.17 | | 137.17 |
| 02/04/11 | 10107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #06-01145, Bond Premiums | 2300-000 | | 35.57 | 101.60 |
| 02/15/12 | 10108 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #06-01145, 2012-2013 Bond Premium | 2300-000 | | 32.46 | 69.14 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 69.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **137.17** | **137.17** | **$0.00** |
| | | | Less: Bank Transfers | | 137.17 | 69.14 | |
| | | | **Subtotal** | | **0.00** | **68.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$68.03** | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-01145 | |
| **Case Name:** | GLASS ONION CAFE, INC. | |
| | 64, CAFE | |
| **Taxpayer ID #:** | **-***0283 | |
| **Period Ending:** | 08/28/13 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****765165 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,261.87 | | 32,261.87 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.59 | 32,212.28 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.33 | 32,168.95 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.78 | 32,124.17 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.34 | 32,074.83 |
| 06/28/13 | | From Account #****765166 | consolidation of accounts for final distribution | 9999-000 | 39.78 | | 32,114.61 |
| 06/28/13 | 21008 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $8,446.77, Trustee Compensation;  Reference: | 2100-000 | | 8,446.77 | 23,667.84 |
| 06/28/13 | 21009 | PBG Financial Services Inc | Dividend paid 100.00% on $4,800.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,800.00 | 18,867.84 |
| 06/28/13 | 21010 | PBG Financial Services Inc | Dividend paid 100.00% on $445.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 445.00 | 18,422.84 |
| 06/28/13 | 21011 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $8,050.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,347.50 | 15,075.34 |
| 06/28/13 | 21012 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $674.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 279.20 | 14,796.14 |
| 06/28/13 | 21013 | Illinois Department of Employment Security | Dividend paid 100.00% on $10,590.53; Claim# 1S; Filed: $10,590.53; Reference: | 4110-000 | | 10,590.53 | 4,205.61 |
| 06/28/13 | 21014 | Illinois Department of Employment Security | Dividend paid  2.55% on $13,432.70; Claim# 1P; Filed: $13,432.70; Reference: | 5800-000 | | 343.43 | 3,862.18 |
| 06/28/13 | 21015 | Illinois Department of Revenue | Dividend paid  2.55% on $12,043.00; Claim# 2P; Filed: $12,043.00; Reference: | 5800-000 | | 307.90 | 3,554.28 |
| 06/28/13 | 21016 | Illinois Department of Revenue | Dividend paid  2.55% on $5,648.00; Claim# 3P; Filed: $5,648.00; Reference: | 5800-000 | | 144.40 | 3,409.88 |
| 06/28/13 | 21017 | Department of the Treasury-Internal Revenue Service | Dividend paid  2.55% on $133,372.75; Claim# 12P; Filed: $133,372.75; Reference: | 5800-000 | | 3,409.88 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 32,301.65 | 32,301.65 | **$0.00** |
| Less: Bank Transfers | 32,301.65 | 0.00 | |
| **Subtotal** | **0.00** | 32,301.65 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$32,301.65** | |

Exhibit 9

# **Form 2**

Page: 8

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 06-01145 |
| Case Name: | GLASS ONION CAFE, INC. |
| | 64, CAFE |
| Taxpayer ID #: | **-***0283 |
| Period Ending: | 08/28/13 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****765166 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 69.14 | | 69.14 |
| 02/26/13 | 20109 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #06-01145, Bond Number 016026455 | 2300-000 | | 29.36 | 39.78 |
| 06/28/13 | | To Account #****765165 | consolidation of accounts for final distribution | 9999-000 | | 39.78 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **69.14** | **69.14** | **$0.00** |
| Less: Bank Transfers | | 69.14 | 39.78 | |
| **Subtotal** | | **0.00** | **29.36** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$29.36** | |

| | |
|---|---|
| Net Receipts : | 103,935.38 |
| Net Estate : | $103,935.38 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****86-65** | **88,925.68** | **45,882.19** | **0.00** |
| **Checking # ***-*****86-66** | **0.00** | **22,362.83** | **0.00** |
| **Checking # 9200-*****86-65** | **15,009.70** | **3,291.32** | **0.00** |
| **Checking # 9200-*****86-66** | **0.00** | **68.03** | **0.00** |
| **Checking # ****765165** | **0.00** | **32,301.65** | **0.00** |
| **Checking # ****765166** | **0.00** | **29.36** | **0.00** |
| | **$103,935.38** | **$103,935.38** | **$0.00** |